JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE, <br><br> Petitioner, <br><br> v. <br><br> T. FELKER, Warden, <br><br> Respondent. | NO. CV 08-4645 FMC (FMO) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATED: July 21, 2008.

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE